RAY HODGE & ASSOCIATES, L.L.C.
ATTORNEYS AT LAW
135 N. Main
Wichita, KS 67202
(316) 269-1414
(316) 263-6019 - Facsimile
elaine@kansaslaw.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| RICHARD MIZE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 18-1223 |
| ) | |
| LEON STEFFEN, THE ESTATE OF ) | |
| BEVERLY STEFFEN and MARSHA REECE, ) | |
| PERSONAL REPRESENTATIVE OF THE ) | |
| ESTATE OF BEVERLY STEFFEN ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW the Plaintiff Richard Mize, by and through his attorneys, Buddy Lloyd of Lloyd & Lloyd and Ryan Hodge of Ray Hodge & Associates, L.L.C. and for his cause of action against the Defendants alleges and states:

1. That the Plaintiff is a resident of Sand Springs, Oklahoma.

2. That the Defendant Leon Steffen, is a resident of Burdett, Kansas, and can be served at his last known address of 3526 T Road, Burdett, Kansas 67523.

3. That the Defendant Estate of Beverly Steffen, represented by Marsha Reece, executrix of the Estate, can be served at her last known address of 219 E. 19th Street, Larned, KS 67550.

4. The amount in controversy, without interest and costs, exceeds $75,000. This case is being filed in the United States District Court under diversity of citizenship, 28 USC 1332, based on residency of plaintiff and defendants.

## COUNT I

5. Plaintiff hereby incorporates by reference each and every prior and subsequent allegation as if fully set forth herein.

6. That on or about the 24th day of November 2017, within Pawnee County, Kansas, the Defendant Leon Steffen operated his vehicle in such a careless and negligent manner as to cause damages and injuries to the Plaintiff.

7. Due to the careless and negligent operation of the automobile being driven by the Defendant Leon Steffen on or about the 24th day of November 2017 within Pawnee County, Kansas, injuries and damages were caused to the Plaintiff.

8. As a result of such injuries the Plaintiff has been forced to seek medical attention and it is reasonably calculated that he will be forced to seek medical attention in the future; as been forced to endure pain and suffering and will reasonable have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that he will endure emotional distress in the future; has been forced to suffer other injuries as provided for in and under the laws of the state of Kansas. Such injuries at this time are uncertain as to their nature and the full extent will be shown at the time of trial in this matter, including any loss and future loss of wages.

9. As a result, the plaintiff was physically injured, lost wages or income, suffered physical and mental pain and incurred medical expenses.

**THEREFORE**, the plaintiff demands judgment against the defendant Leon Steffen for all legally recoverable damages in an amount to be determined by a jury plus costs.

## COUNT II

10. Plaintiff hereby incorporates by reference each and every prior and subsequent allegation as if fully set forth herein.

11. That on or about the 24th day of November 2017, Officer Antonio TJ Hearn spoke to a family member of Mr. Steffen. This family member indicated their concern regarding Mr. Steffen's ability to drive. They advised the officer that they felt like Mr. Steffen needed to have his driver's license taken (away). They advised that they did not feel that he should drive anymore. They advised that he had recently had a traffic accident where he struck a fire hydrant.

12. That on or about the 24th day of November 2017, within Pawnee County, Kansas, Beverly Steffen, deceased, knew or should have known that her husband was not a safe driver.

13. That Beverly Steffen allowed Defendant Leon Steffen to drive with her in the car implicitly approving of his driving. If Mrs. Steffen would not have allowed him to drive her, this wreck never would have happened.

14. Due to the careless and negligent operation of automobile being driven by the Defendant Leon Steffen on or about the 24th day of November 2017 within Pawnee County, Kansas, as well as the negligent entrustment of said vehicle by Beverly Steffen, injuries and damages were caused to the Plaintiff.

15. As a result of such injuries the Plaintiff has been forced to seek medical attention and it is reasonably calculated that he will be forced to seek medical attention in the future; as been forced to endure pain and suffering and will reasonable have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that he will

endure emotional distress in the future; has been forced to suffer other injuries as provided for in and under the laws of the state of Kansas. Such injuries at this time are uncertain as to their nature and the full extent will be shown at the time of trial in this matter, including any loss and future loss of wages.

16. As a result, the plaintiff was physically injured, lost wages or income, suffered physical and mental pain and incurred medical expenses.

**THEREFORE**, the plaintiff demands judgment against the defendant Estate of Beverly Steffen, deceased, for all legally recoverable damages in an amount to be determined by a jury plus costs.

Date __August 13, 2018_____

/s/Ryan Hodge_____
Ryan Hodge, SC #16180
RAY HODGE & ASSOCIATES, LLC
135 N. Main
Wichita  KS  67202
e-mail: hodgelaw@kansaslaw.com
ph: 316-269-1414   fax 316-263-6019

/s/James Lloyd, II_____
James (Buddy) Lloyd II, SC # 21487
Lloyd & Lloyd Lawyers
200 North Roosevelt
Sand Springs, OK 74063
e-mail: bl@lloydlaw.com
ph: 918-246-0200   fax 918-246-0203

## **DEMAND FOR TRIAL BY JURY**

COMES NOW the Plaintiff and demands this case be set for trial by jury of 12 persons.

/s/Ryan Hodge
Ryan Hodge, SC #16180
RAY HODGE & ASSOCIATES, LLC
135 N. Main
Wichita  KS  67202
e-mail: hodgelaw@kansaslaw.com
ph: 316-269-1414   fax 316-263-601


/s/James Lloyd, II
James (Buddy) Lloyd II, SC # 21487
Lloyd & Lloyd Lawyers
200 North Roosevelt
Sand Springs, OK 74063
e-mail: bl@lloydlaw.com
ph: 918-246-0200   fax 918-246-0203